UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

December 30, 2015

MEMO TO COUNSEL RE:  United States of America Ex rel. Robert Stryjewski v.
JADM Inc., et al.
Civil No. JFM-15-821

Dear Counsel:

    I have reviewed the memoranda submitted in connection with the United States' motion to strike summonses.  The motion (document 19) is granted.  I am persuaded that in light of the fact that the Government has now intervened in the action, any summonses issued by the relator should be stricken.

    Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge